UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH CONSTANT,  No. 10-50894

    Petitioner,  District Judge Stephen J. Murphy, III

v.  Magistrate Judge R. Steven Whalen

UNITED STATES CITIZENSHIP
AND IMMIGRATION SERVICE,

    Respondent.
_____/

## ORDER

Petitioner Joseph Constant's Motion Adding to the Petitioner's Presentation Before the Court's Oral Arguments [Doc. #41] is GRANTED. Mr. Constant's submission, as well as Respondent's Response [Doc. #42] have been fully considered in preparing the Report and Recommendation in this case.

IT IS SO ORDERED.

Dated: July 2, 2013

                    s/ R. Steven Whalen
                    R. STEVEN WHALEN
                    UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on July 2, 2013, electronically and/or by U.S. Mail.

                    s/Michael Williams
                    Relief Case Manager for the
                    Honorable R. Steven Whalen